a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONY XAVIER DIAZ ZAVALA, Petitioner | CIVIL DOCKET NO. 1:25-CV-01967 SEC P |
| VERSUS | JUDGE EDWARDS |
| PAMELA BONDI ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Petitioner Anthony Xavier Diaz-Zavala ("Diaz-Zavala"), an immigration detainee at the Central Louisiana ICE Processing Center in Jena, Louisiana. Diaz-Zavala challenges the legality of his detention pending removal proceedings.

Diaz-Zavala was ordered removed, and he appealed that decision to the Board of Immigration Appeals. ECF Nos. 7 at 2; 8 at 4. According to the Executive Office for Immigration Review's automated case information, Diaz-Zavala withdrew his appeal on July 16, 2026.[1] If the automated information is correct, Diaz-Zavala is now subject to a final order of removal and detained under 8 U.S.C. § 1231.

To determine whether Diaz-Zavala is now subject to a final order of removal and mandatorily detained under § 1231(a)(2), IT IS ORDERED that the Government

---

[1] https://acis.eoir.justice.gov/en/caseInformation

1

supplement its Response within 14 days to provide evidence that verifies the automated information.  Diaz-Zavala may file a reply within 14 days thereafter.

SIGNED on Friday, July 24, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE